USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYCE BEVEL,

                Plaintiff,

v.

METROLUX MANOR CORP., SHAYA SEIDENFELD,

                Defendants.

No. 21-CV-2689 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 29, 2021, Plaintiff Royce Bevel brought this action alleging violations of the Fair Labor Standards Act. On April 19, 2021, Plaintiffs filed an affidavit of service stating that Defendant Metrolux Manor Corp. ("Metrolux") was served on April 9, 2021.

Although Metrolux's answer was due on April 30, 2021, it has not appeared in this action or responded to the complaint. Metrolux shall do so or seek an extension by May 21, 2021. If Metrolux fails to do so, and Plaintiff intends to move for default judgment, he shall do so by June 4, 2021.

Plaintiff shall serve a copy of this Order on Metrolux by May 14, 2021 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    May 7, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge