# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                    Fax: 718-740-2000
*Employment and Labor Lawyer*               Web: www.abdulhassan.com

June 4, 2021

**Via ECF**

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 1506
New York, NY 10007
Tel: 212-805-0162

<u>**Re: Bevel v. Metrolux Manor Corp et al**</u>
**Case No. 21-CV-02689 (RA)(OTW)**
**Motion for Extension of Time**

Dear Judge Abrams:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the June 4, 2021, and related deadlines in Your Honor's May 7, 2021 order. This request is being made because defendants have contacted my office through counsel and request a 30-day extension of time to answer the complaint which Plaintiff consented to. We expect counsel for Defendants to file any necessary papers with the Court.

       We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

__/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     **Defense Counsel via Email (harmonlaw@yahoo.com)**
         **Robert B Harmon Esq.**
         **1732 1st Ave, #27234**
         **New York, NY 10128**
         **1-914-265-2120**

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 7, 2021