USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYCE BEVEL,

        Plaintiff,

v.

METROLUX MANOR CORP., SHAYA SEIDENFELD,

        Defendants.

No. 21-CV-2689 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 25, 2021, Plaintiff Royce Bevel filed a Complaint against Defendants Metrolux Manor Corp. and Shaya Seidenfeld alleging violations of the Fair Labor Standards Act. On June 4, 2021, the Court granted a request to extend Defendants' deadline to respond to the complaint by July 5, 2021. Dkt. 9. Defendants have not responded to the complaint. Defendants shall do so or seek an extension by no later than July 26, 2021. If Defendants fail to do so, and Plaintiff intends to move for default judgment, Plaintiff shall do so by August 11, 2021.

    Plaintiff shall serve a copy of this order on Defendants and file proof of service on the docket.

SO ORDERED.

Dated:    July 13, 2021
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge