| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 03/23/2022 |

ROYCE BEVEL,

                Plaintiff,

     v.

METROLUX MANOR CORP and SHAYA SEIDENFELD,

                Defendants.

No. 21-CV-2689 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     On March 4, 2022, the Court granted the parties' request for a two-week extension of time to file a stipulation of dismissal following the Court's approval of the parties' revised settlement agreement. By March 28, 2022, the parties shall either file a stipulation of dismissal or update the Court on why such a stipulation may not yet be filed.

SO ORDERED.

Dated:    March 23, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge